H. C. KENDALL HESTER v. LOUIS GISSEN.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM N. HARTE v. ADELE S. DODD.— Application granted. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of JOSEPH P. BICKERTON and Others. (NEW YORK THEATRE Co.)— Motion granted on condition that undertaking for $20,000 be given. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of ARTHUR S. ARNOLD and Others. (NEW YORK THEATRE Co.)— Motion granted on condition that undertaking for $20,000 be given. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of ABRAHAM ERLANGER. (NEW YORK THEATRE Co.)— Motion granted on condition that an undertaking for $20,000 be given. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JAMES T. BRAXTON, as Administrator, v. BENJAMIN S. MENDELSON. Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HENRY MANDEL v. NATIONAL ASSOCIATION BUILDING CORPORATION, Impleaded.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SOLOMON GREENBAUM and Others v. JACOB KEMPF, INC.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

KING, RICE & GANEY Co. v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE BRONX GAS AND ELECTRIC Co. v. THE CITY OF NEW YORK and Others, Impleaded.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

AURELE BORRISS GLOVE Co., INC., v. CLAUDE A. PETTER.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

GEORGE F. HINRICHS, as Receiver, etc., v. MATILDA WEISBECKER and Others.— Motion granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of GEORGE McCOMB, Deceased. (BLACKWELLS ISLAND BRIDGE.)— Motion granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ISAAC O. SCHIFF and Others v. ISAAC GOLDBERG.— Motion granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of ADOLPH M. SCHWARZ, an Attorney.— Motion denied. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.